UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :

JAMES MURPHY, *on behalf of himself and all other*   :
*persons similarly situated*,

                                   :

                   Plaintiff,        :              26-CV-4389 (JMF)

                                   :

      -v-                          :              ORDER

                                   :

BJ ACQUISITION LLC,                  :

                                   :

                  Defendant.     :

                                   :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

     SO ORDERED.

Dated: May 28, 2026
      New York, New York                                   
                                             JESSE M. FURMAN
                                       United States District Judge