UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2026
```

JAMES MURPHY, *on behalf of himself and all other persons similarly situated,*

                    Plaintiff,

          -v-

BJ ACQUISITION LLC,

                    Defendant.

**ORDER**

26-CV-4389 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order of Reference dated May 28, 2026, this matter was referred to the undersigned for general pretrial supervision, including settlement. ECF No. 7. The parties are directed to file a letter on the docket **within three days of Defendant entering an appearance** asking to schedule a conference to discuss settlement.

**SO ORDERED.**

Dated: May 29, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge